Stacey A. Jackson, SBN 209050
**THAYER, HARVEY, GREGERSON**
**HEDBERG & JACKSON**
1100 Fourteenth Street, Suite F
Post Office Box 3465
Modesto, California  95353-3465
Tel:   (209) 523-3300
Fax:   (209) 523-3399

Attorneys for Plaintiff
VICKIE JACKSON

Lisa A. Kaner, OSB 88137
**MARKOWITZ, HERBOLD, GLADE**
**& MEHLHAF, P.C.**
Suite 3000, Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax: (503) 323-9105
Admitted **Pro Hac Vice**

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| VICKIE JACKSON, | CV No. F-04-6290 REC SMS |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER** |
| vs. | |
| STANDARD INSURANCE COMPANY, FLEET NATIONAL BANK, Trustee of The Standard Insurance Company Group Insurance Trust, and DOES 1 to 50, inclusive, | |
| Defendants. | |

On October 17, 2005, Plaintiff, VICKIE JACKSON, and Defendant, STANDARD INSURANCE COMPANY, participated in a mediation which resulted in a settlement which fully and finally resolved all disputes as between the parties.  A Notice of Settlement was electronically filed with the Court on October 25, 2005.  On October 26, 2005, the Court entered its Order Re Dispositive Documents After Notice of Settlement vacating the Pretrial Conference date of May 4, 2006, and Court Trial of June 13, 2006.

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff executed the Release on October 26, 2005 and Defendants executed the Release on November 2, 2005. On November 21, 2005, settlement was finalized and monies were distributed. IT IS HEREBY STIPULATED by and between the parties through their respective counsel that this matter be dismissed with prejudice; each party to bear their own costs and fees.

DATED: December 27, 2005.        THAYER HARVEY GREGERSON
                                 HEDBERG & JACKSON


                                 By /s/ Stacey A. Jackson
                                    Stacey A. Jackson
                                    (209) 523-3300
                                    Attorneys for Plaintiff

DATED: December    , 2005        MARKOWITZ, HERBOLD, GLADE
                                 & MEHLHAF, P.C.


                                 By /s/ Lisa A. Kaner
                                    Lisa A. Kaner
                                    (503) 295-3085
                                    Admitted Pro Hac Vice

Dated: December 28, 2005         /s/ROBERT E. COYLE
                                  U.S. District Judge

-2-

Joint Stipulation to Dismiss Action and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com